

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

June 7, 2021

Donald Bertrand Cameron, Esq.
Brady Warfield Mills, Esq.
Edward John Thomas, III, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Rudi Will Planert, Esq.
Sabahat Chaudhary, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW
Suite 600
Washington, DC 20005-2204
Email:      dcameron@mmmlaw.com
            bmills@mmmlaw.com
            ethomas@mmmlaw.com
            edegnan@mmmlaw.com
            jfleischer@mmmlaw.com
            jmendoza@mmmlaw.com
            mhodgins@mmmlaw.com
            wplanert@mmmlaw.com
            tradeservice@mmmlaw.com

Jaehong David Park, Esq.
Daniel Robert Wilson, Esq.
Henry David Almond, Esq.
Kang Woo Lee, Esq.
Leslie Claire Bailey, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Email:      david.park@apks.com
            daniel.wilson@apks.com
            henry.almond@apks.com

                    kangwoo.lee@arnoldporter.com
                    leslie.bailey@arnoldporter.com

Jeffrey Michael Winton, Esq.
Amrietha Nellan, Esq.
Winton & Chapman PLLC
1900 L Street, NW
Suite 611
Washington, DC 20036
Email:          jwinton@jmwinton.com
                    anellan@jmwinton.com

Joshua Ethan Kurland, Esq.
Robert Ralph Kiepura, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:          joshua.e.kurland@usdoj.gov
                    robert.kiepura@usdoj.gov

Reza Karamloo, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Room 3622
Washington, DC 20230-0001
Email:          reza.karamloo@trade.gov

Gregory James Spak, Esq.
Frank John Schweitzer, Esq.
Kristina Zissis, Esq.
Luca Bertazzo, Esq.
Matthew Wolf Solomon, Esq.
White & Case, LLP
701 Thirteenth Street, NW.
Suite 1100
Washington, DC 20005-3807
Email:          gspak@whitecase.com
                    frank.schweitzer@whitecase.com
                    kzissis@whitecase.com

Consol. Court No. 19-00112                                          Page **3** of **3**

               lbertazzo@whitecase.com
               matt.solomon@whitecase.com

Roger Brian Schagrin, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Kelsey Marie Rule, Esq.
Luke Anthony Meisner, Esq.
Paul Wright Jameson, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
Email:     rschagrin@schagrinassociates.com
           ccloutier@schagrinassociates.com
           edrake@schagrinassociates.com
           krule@schagrinassociates.com
           lmeisner@schagrinassociates.com
           pjameson@schagrinassociates.com
           wfennell@schagrinassociates.com

     Re:    *Husteel Co., Ltd. v. United States et al*
           Consol. Court No. 19-00112

Dear Counsel:

    It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, June 15, 2021. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, June 14, 2021 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                           Sincerely,

                           /s/ Claire R. Kelly
                           Claire R. Kelly, Judge